In the Matter of the Estate of GUSTAVE HERTER, Deceased. TOM C. CLARK, Attorney General of the United States, as Successor to the Alien Property Custodian, Appellant; PAUL VAN ANDA, as Administrator with the Will Annexed of GUSTAVE HERTER, Deceased, et al., Respondents.

Argued October 10, 1949; decided November 17, 1949.

*James L. Morrisson,* attorney, Department of Justice, *David L. Bazelon, Assistant Attorney General, John F. X. McGohey, United States Attorney for the Southern District of New York,* and *Joseph W. Bishop, Jr.,* and *J. Roger Wollenberg,* attorneys, Department of Justice, for appellant.

*Kenneth M. Spence* and *Julius J. Teller* for respondents.

Order affirmed, with costs; no opinion.   [See 300 N. Y. 737.]

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and BROMLEY, JJ.